**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Nicolette Swanson<br><br>Debtor(s) | Case No. 23 B 10272 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>08/04/2023</u>.

2) The plan was confirmed on <u>NA</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was Dismissed on <u>01/10/2024</u>.

6) Number of months from filing or conversion to last payment: <u>5</u>.

7) Number of months case was pending: <u>8</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$4,080.00</u>.

10) Amount of unsecured claims discharged without full payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $946.00 |
| Less amount refunded to debtor | $132.00 |
| **NET RECEIPTS:** | **$814.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $756.21 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $57.79 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$814.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| Acceptance Now | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Assurex Health | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Cardworks/CW Nexus | Unsecured | 967.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 2,688.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Comed | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Roamans | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Woman Within | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Country Door/Swiss Colony | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| Dept of Ed/Aspire Resourses Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dr Leonards/Carol Wright Gifts | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Easypay/Dvra | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 187,187.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Loan | Unsecured | 716.79 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 1,036.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 457.18 | NA | NA | 0.00 | 0.00 |
| Fortiva Credit Card | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Furniture 7 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gallery Home and Gifts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd | Unsecured | 4,198.37 | NA | NA | 0.00 | 0.00 |
| Hccredit/Cit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept. of Revenue | Priority | 137.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept. of Revenue | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Unsecured | 0.00 | 0.03 | 0.03 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 750.00 | 696.91 | 696.91 | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| Joseph Mann & Creed | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| Ksaservicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Mid America Bk/total C | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 660.03 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 2,533.00 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| Pinacle Management Services | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 1,451.00 | NA | NA | 0.00 | 0.00 |
| PRI Chicago PLLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Progressive | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| RCN | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corporation | Secured | 5,163.00 | 5,265.39 | 5,265.39 | 0.00 | 0.00 |
| RMP Services | Unsecured | 967.42 | NA | NA | 0.00 | 0.00 |
| Security Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Social Security Adminstration | Unsecured | 7,925.00 | NA | NA | 0.00 | 0.00 |
| Southern Illinois Univ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Stoneberry | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CARECR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| The Beaches Treatment Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile Bankruptcy Team | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Total Visa Mid America Bank & Trust | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| U.S. Department of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wellness Revolution | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Xfinity/Comcast | Unsecured | 489.95 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,265.39 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,265.39** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $696.91 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$696.91** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $814.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$814.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/30/2024            By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S  (09/01/2009)**